EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Rebecca D. Rodríguez Mercado | 2024 TSPR 107<br><br>214 DPR ___ |

Número del Caso: TS-9,874

Fecha: 8 de octubre de 2024

Representante Legal de la peticionaria:

  Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

*Rebecca D. Rodríguez Mercado*

TS-9,874

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 8 de octubre de 2024.

Luego de examinar el *Escrito Solicitando la Reinstalación al Ejercicio de la Notaría en Puerto Rico* presentada por la Lcda. *Rebecca D. Rodríguez Mercado*, se autoriza su reinstalación al ejercicio de la notaría.

Se aprueba la fianza otorgada por Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 24 de mayo de 2024, para garantizar las funciones notariales de la peticionaria. Remítase la fianza notarial al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974, 3 LPRA sec. 283 j, y copia certificada de esta *Resolución* a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la peticionaria.

A la luz de lo anterior, la licenciada *Rodríguez Mercado* tendrá la obligación de recoger su sello y obra notarial depositada y custodiada en el Archivo Notarial del distrito correspondiente. Asimismo, deberá mantener actualizada la información concerniente a su dirección postal y residencial, además de la localización de su sede notarial.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez está inhibida.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo